# Court of Appeals
# of the State of Georgia

ATLANTA,  February 22, 2017

*The Court of Appeals hereby passes the following order:*

**A17D0295.  WESLEY B. WILLIAMS v. JULIA F. WILLIAMS et al.**

On February 14, 2017, Wesley B. Williams filed this discretionary application seeking review of: (i) an order entered January 12, 2017, finding him in wilful contempt of a provision incorporated into his divorce decree;[1] and (ii) an order entered on June 20, 2016, denying his motion to set aside a certain judgment.[2] As to both orders, however, this application is untimely.

To be timely, an application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed.  OCGA § 5-6-35 (d).  The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Because this application was filed 33 days after the entry of the contempt order and 239 days after the entry of the denial of the motion

---

[1] Williams has failed to file with this application a copy of the contempt petition.  See OCGA § 5-6-35 (c); Court of Appeals Rule 31 (e).

[2] Williams has failed to file with this application a copy of the motion to set aside.  See OCGA § 5-6-35 (c); Court of Appeals Rule 31 (e).

to set aside, it is untimely.  Consequently, this application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,*  02/22/2017
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*